```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                        PANAMA CITY DIVISION

IN RE:                              )
                                    )
BRYAN AND DEBORAH KENT               )   CASE NO.  07-50371-LMK
                                    )       CHAPTER 7
       Debtor.                      )
_____)
```

<u>REPORT OF UNCOLLECTED FUNDS</u>

    JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 12 | Great Lakes Higher Education Guarantee Corp.<br>P. O. Box 7858<br>Madison, WI 53704 | 52.12 |

```
Dated: 8/12/11                          /s/ John E. Venn, Jr.
                                      JOHN E. VENN, JR.,
                                      TRUSTEE
                                      FL Bar No. 184992
                                      220 W. Garden St.
                                      Suite 603
                                      Pensacola, FL 32502
                                      (850) 438-0005
                                      Johnevennjrpa@aol.com
```